1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8

9 DONALD SHERMAN,                        )
                                         )
10          Petitioner,                  )      2:02-CV-1349-LRH-LRL
                                         )
11 vs.                                   )
                                         )      **ORDER**
12 E.K. McDANIEL, *et al.*,              )
                                         )
13          Respondents.                 )
                                         )
14 _____/

15       On May 24, 2006, this court granted petitioner's motion for stay and abeyance to allow

16 petitioner to litigate a state court petition for writ of habeas corpus.  Docket #79.  On September 15,

17 2010, petitioner filed a motion to vacate the stay and reopen these proceedings.  Docket ##98/100.

18 Respondents do not object to petitioner's request.  Docket #101.

19       Good cause appearing, the court shall reopen proceedings in this matter.  In addition,

20 petitioner will be allowed the opportunity to file an amended petition.

21       **IT IS THEREFORE ORDERED** that petitioner's motion to vacate the stay and reopen

22 these proceedings (docket ##98/100) is GRANTED.  The Clerk shall administratively REOPEN this

23 action.  The stay of this action is lifted.

24 \ \ \

25 \ \ \

26 \ \ \

1    **IT IS FURTHER ORDERED** that petitioner shall have **thirty (30) days** from the date this

2  order is entered within which to file an amended petition for habeas corpus relief.  Upon the filing of

3  the amended petition or the expiration of time allotted for that purpose, the court shall schedule

4  further proceedings in this case.

5    DATED this 7th day of October, 2010.

6

7

8    _____

9    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2