# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD SHERMAN, ) | |
| ) | |
| Petitioner, ) | 2:02-CV-1349-LRH-LRL |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| E.K. McDANIEL, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

On October 8, 2010, this court entered an order lifting the stay and reopening proceedings in this case. Docket #102. In addition, the court allowed petitioner thirty (30) days within which to file an amended petition for a writ of habeas corpus. *Id*. On November 8, 2010, petitioner filed his amended petition (docket #103).

The amended petition having been filed, the court shall now set a schedule for further litigation of this action.

**IT IS THEREFORE ORDERED**:

1. **Response to Petition**. Respondents shall have until and including **January 14, 2011**, to file and serve an answer or other response to petitioner's amended petition for writ of habeas corpus (docket #103).

2. **Reply and Response to Reply**. Petitioner shall have **forty-five (45) days** following service of an answer by respondents to file and serve a reply. Respondents shall thereafter have

1  **thirty (30) days** following service of a reply to file and serve a response to the reply.

2      3.    **Briefing of Motion to Dismiss**.   If respondents file a motion to dismiss, petitioner
3  shall have **thirty (30) days** following service of the motion to file and serve an opposition to the
4  motion.  Respondents shall thereafter have **thirty (30) days** following service of the opposition to
5  the motion to file and serve a reply.

6      4.    **Evidentiary Hearing**.  If petitioner wishes to request an evidentiary hearing,
7  petitioner shall file and serve a motion for an evidentiary hearing concurrently with, but separate
8  from, his reply to respondents' answer or his opposition to respondents' motion to dismiss.  The
9  motion for an evidentiary hearing must specifically address why an evidentiary hearing is required,
10 and must meet the applicable requirements of 28 U.S.C. § 2254(e).  The motion must identify
11 whether an evidentiary hearing was held in state court, and, if so, state where the transcript is located
12 in the record.  If petitioner files a motion for an evidentiary hearing, respondents shall file and serve
13 a response to that motion concurrently with, but separate from, their response to petitioner's reply or
14 their reply in support of a motion to dismiss.  Petitioner shall thereafter have **twenty (20) days**,
15 following service of respondents' response to the motion for an evidentiary hearing, to file and serve
16 a reply in support of that motion.

17     DATED this 18th day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2