UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA


DONALD SHERMAN,

    Petitioner,                                               2:02-cv-1349-LRH-LRL

vs.                                                           **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,                     September 22, 2011

    Respondents.
_____/


PRESENT:
THE HONORABLE   LARRY R. HICKS  ,  UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   DENNIS M. FARIAS       REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING

COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     In this capital habeas corpus action, the respondents have filed a motion (docket #152) stating that Renee Baker is now the warden of Ely State Prison, the prison where the petitioner is incarcerated, and requesting that Renee Baker be substituted for her predecessor, E.K. McDaniel, as the respondent warden in this action. Pursuant to Federal Rule of Civil Procedure 25(d), Renee Baker shall be substituted for E.K. McDaniel, as the respondent warden.

     Additionally, the court notes that the docket for this case does not list the attorney general as a respondent. The Attorney General of the State of Nevada, Catherine Cortez Masto, is named as a respondent in the second amended habeas corpus petition (docket #103). The court will direct the Clerk of the Court to list Attorney General Catherine Cortez Masto, on the docket, as a respondent in this action.

     **IT IS THEREFORE ORDERED** that respondents' Motion for Substitution of Counsel (docket #152) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall substitute Renee Baker for E.K. McDaniel, on the docket, as the respondent warden; shall list Catherine Cortez Masto on the docket, as the respondent attorney general; and shall update the caption of the action to reflect these changes.

LANCE S. WILSON, CLERK

By: _____/s/_____
   Deputy Clerk